**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (3/09)      Case Number **10−50645−jwv7**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT of MISSOURI

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/7/10 . You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.

All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert Eugene Phariss
PO Box 29206
Parkville, MO 64151

| | |
|---|---|
| Case Number:<br>10−50645−jwv7 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−6064 |
| Attorney for Debtor(s) (name and address):<br>Edward A. Coulson<br>204A E. Kansas<br>Liberty, MO 64068<br>Telephone number: 816−781−0299 | Bankruptcy Trustee (name and address):<br>Bruce E. Strauss<br>Merrick Baker Strauss<br>1044 Main Street, 4th Floor<br>Kansas City, MO 64105<br>Telephone number: 816−221−8855 |

## Meeting of Creditors

Date: **August 6, 2010**      Time: **09:30 AM**
Location: **2nd Floor, 8th and Edmond Street, St. Joseph, MO 64502**

## Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 10/5/10**

## Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Foreign Creditors

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Bankruptcy Clerk's Office:** www.mow.uscourts.gov<br><br>400 E. 9th Street, Room 1510<br>Kansas City, MO 64106<br>Telephone Number: 816−512−1800<br>VCIS Number toll free: 888−205−2527 | **For the Court:**<br>Court Executive:<br>Ann Thompson |
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 7/8/10 |

The trustee may give notice at the meeting of his intent to abandon property unless objections are filed within 15 days.
Creditors with a security interest in the property must provide evidence of perfection to the trustee prior to this meeting.
Pursuant to 11 USC § 727 (a)(12), creditors and parties in interest seeking to delay or postpone debtor(s)' discharge on grounds that 11 USC § 522 (q)(1) may be applicable to debtor(s) or that a proceeding is pending in which the debtor(s) may be found guilty of a felony as described in 11 USC § 522 (q)(1)(A) or may be liable for a debt as described in 11 USC § 522 (q)(1)(B) must file a motion to delay or postpone such discharge prior to the last day to object to the discharge, as set out above.
If hearing location is Kansas City, please call (816) 512−1800 menu item #6 for information regarding handicapped access to the courthouse.

**EXPLANATIONS**  FORM B9A (3/09)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0866-5          User: admin                    Page 1 of 1                  Date Rcvd: Jul 08, 2010
Case: 10-50645                Form ID: b9a                   Total Noticed: 12

The following entities were noticed by first class mail on Jul 10, 2010.
db          +Robert Eugene Phariss,    PO Box 29206,    Parkville, MO 64152-0706
aty         +Edward A. Coulson,    204A E. Kansas,    Liberty, MO 64068-2316
tr          +Bruce E. Strauss,    Merrick Baker Strauss,    1044 Main Street, 4th Floor,
              Kansas City, MO 64105-2157
13570185     Credit One, LLC,    PO Box 625,    Metairie LA 70004-0625
13570186    +Enhanced Recovery Corporation,    10550 Deerwood Park Blvd., Suite 600,
              Jacksonville FL 32256-2811
13570187    +Kramer and Frank, P.C.,    1125 Grand Blvd., Suite 600,    Kansas City MO 64106-2501
13570188    +NCO Financial Group,    507 Prudential Road,    Horsham PA 19044-2368
13570190    +OCMAC, LLC,    c/o Faber and Brand, LLC,    Michael L. Foster, Attorney,    PO Box 10110,
              Columbia MO 65205-1010
13570191   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Association,    Riverside Commerce Center,
              120 Corporate Blvd., Suite 100,    Norfolk VA 23502-4962)
13570192     State Farm Bank Fin Cards,    PO Box 2316,    Bloomington IL 61702-2316

The following entities were noticed by electronic transmission on Jul 08, 2010.
smg          E-mail/Text: ecfnotices@dor.mo.gov                           Missouri Department of Revenue,
              General Counsel's Office,    PO Box 475,    Jefferson City, MO  65105-0475
13570182     EDI: CAPITALONE.COM Jul 08 2010 17:03:00      Capital One Bank USA,    PO BOX 30281,
              Salt Lake City UT 84130-0281
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13570189     None
13570183*    Capital One Bank USA,    PO BOX 30281,    Salt Lake City UT 84130-0281
13570184*    Capital One Bank USA,    PO BOX 30281,    Salt Lake City UT 84130-0281
                                                                                              TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2010**                       **Signature:**  _Joseph Speetjens_